# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL W. CLARK, et al., | Case No. 1:22-cv-00014- JLT-SAB |
| Plaintiffs, | ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANT U.S. BANK TO RESPOND TO COMPLAINT |
| v. | |
| THOR MOTOR COACH, INC., et al., | (ECF No. 6) |
| Defendants. | |

Plaintiff initiated this action on December 30, 2021. (ECF No. 1.) On January 28, 2022, Plaintiffs and Defendant U.S. Bank filed a stipulated request to extend the time for Defendant U.S. Bank to file a responsive pleading until March 2, 2022. (ECF No. 6.) The stipulation does not seek to extend the response deadline for any of the other Defendants in this action. The Court finds good cause to grant the extension and to extend Defendant U.S. Bank's deadline to file a response to the complaint.

///

///

///

///

///

1

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant U.S. Bank shall file a pleading responsive to the complaint on or before **March 2, 2022**; and

2. All other filing deadlines remain unchanged.

IT IS SO ORDERED.

Dated: **January 31, 2022**

_____
UNITED STATES MAGISTRATE JUDGE