UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL W. CLARK; and DENISE CLARK,<br><br>  Plaintiffs,<br><br>vs.<br><br>THOR MOTOR COACH, INC.; FORD MOTOR COMPANY; BARRY'S RV OUTLET; and U.S. BANK, N.A.,<br><br>  Defendants. | Case No.: 1:22-cv00014-JLT-SAB<br><br>**ORDER ON JOINT MOTION OF ALL PARTIES TO TRANSFER VENUE TO FEDERAL COURT FOR THE NORTHERN DISTRICT OF INDIANA IN SOUTH BEND, INDIANA**<br><br>Complaint Filed:  12/30/21<br>Trial Date:      Not Yet Set |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The parties' Joint Motion to Transfer Venue to the United States District Court for the Northern District of Indiana pursuant to 28 U.S.C. § 1404(a) was electronically filed on April 18, 2022.

Upon review of the record and all briefing filed by all parties, the Court rules as follows:

IT IS HEREBY ORDERED THAT:

1.  Based on the provisions in the express warranty issued by Defendant Thor Motor Coach, Inc. that accompanied the sale of the subject vehicle to Plaintiffs, which provides that "[e]xclusive jurisdiction for deciding legal disputes relating to alleged

breach of express warranty and implied warranties that arise by operation of law as well as those relating to representations of any nature must be filed in a state or federal court within the state of manufacture, which is Indiana," this lawsuit should be transferred to the United States Federal Court for the Northern District of Indiana in South Bend, Indiana;

2. Pursuant to the Stipulation between the parties, and in consideration of Plaintiffs' claims under the California Song-Beverly Consumer Warranty Act (California *Civil Code* § 1790, *et seq.*), the parties stipulate and agree that Plaintiffs may pursue all such claims before the Court in Indiana; and

3. The Clerk of Court is directed to transfer this matter, pursuant to 28 U.S.C. § 1404(a), to the United States Federal Court for the Northern District of Indiana in South Bend, Indiana.

4. All pending deadlines are vacated in anticipation that they will be reset, as appropriate, in the transferee court.

IT IS SO ORDERED.

Dated: **April 21, 2022**

*[signature]*
UNITED STATES DISTRICT JUDGE